IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.	No. 1:10-cr-10066-JDB-1

SHAMARCUS HUNT,

    Defendant.

ORDER DIRECTING CLERK TO SEND § 2241 FORM

The Defendant, Shamarcus Hunt, has filed a letter asking the Court "[w]hat [the] proper procedure" is for him "to receive" certain "Jail Credits." (Docket Entry ("D.E.") 98.) A federal prisoner's challenge to the calculation of sentencing credits by the Federal Bureau of Prisons ("BOP") is cognizable under 28 U.S.C. § 2241. *See United States v. Dowell*, 16 F. App'x 415, 420 (6th Cir. 2001) ("[A] prisoner may seek judicial review of the computation of [his] credit[s] under 28 U.S.C. § 2241[.]"). However, before proceeding in federal court, the prisoner must "exhaust[] all of his administrative remedies" through the BOP. *Id.* Should Hunt decide to file a § 2241 petition, he must use this district's form. The Clerk is therefore DIRECTED to send the § 2241 form to Defendant.

IT IS SO ORDERED this 1st day of December 2021.

                            s/ J. DANIEL BREEN
                            UNITED STATES DISTRICT JUDGE